(October 14, 1986)

■ FIRST STATE INSURANCE COMPANY, Respondent, v J & S UNITED AMUSEMENT CORP. et al., Defendants, and ANGEL OCASIO et al., Appellants.—On remittitur from the Court of Appeals, order of the Supreme Court, New York County (Edward J. Greenfield, J.), entered September 26, 1984, which denied defendants-appellants' motion for summary judgment, reversed, on the law and in the exercise of discretion, and the motion for summary judgment is granted and the complaint dismissed, with costs.

The facts are set forth in the memorandum of this court (114 AD2d 812).

The Court of Appeals, while agreeing with the conclusion, indicated that the reason given was incorrect, and the matter was remitted for the exercise of discretion (67 NY2d 1044). Concur—Murphy, P. J., Kupferman, Ross and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BRYANT, Appellant.—Judgment (indictment No. 4404/83), Supreme Court, New York County (C. Beauchamp Ciparick, J.), rendered on October 11, 1984, unanimously affirmed, and judgment of said court (indictment No. 4974/83), also rendered on October 11, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel in indictment No. 4974/83 is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN DIAZ, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on March 28, 1985, unanimously affirmed. Motion to permit submission of certain exhibits granted. No opinion. Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.